

LAW OFFICES
OF
SEXTER & WARMFLASH, P.C.

DAVID WARMFLASH*

JAMES J. NOUMAIR
JEREMY A. WELFER*

COUNSEL
ALLAN S. SEXTER
ALBERT A. BLINDER

*ALSO ADMITTED IN NEW JERSEY

115 BROADWAY
NEW YORK, N.Y. 10006
(212) 577-2800

TELECOPIER: (212) 577-2865
EMAIL: @SWNYLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-20-08

February 13, 2008

FEDERAL EXPRESS
Hon. Denise Cote, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

RECEIVED
FEB 1 4 2008
CHAMBERS OF
DENISE COTE

MEMO ENDORSED

Re: Max Vincent v. Waterview Parking Inc. et al.
    Docket No. 08 CV 00863

Dear Judge Cote:

Sexter & Warmflash, P.C. represents defendants Waterview Parking Inc. and Gregory Maria in the above-captioned case. We respectfully request an extension of time to answer or otherwise move with respect to the Complaint, filed in the above-referenced matter, to and including March 17, 2008.

According to the docket sheet for this case, defendant Waterview Parking, Inc. was served on January 23, 2008, with its answer due on February 12, 2008. It appears that the other two co-defendants have not been served as of yet. There have been no previous requests for extensions, and counsel for plaintiff consents to the extension.

Pursuant to Rule 1. A. of your Honor's Individual Practice Rules, it is our understanding that this letter application does not get filed via ECF. We are simultaneously sending a copy of the letter to plaintiff's counsel via Federal Express.

Thank you for your attention to this matter.

Respectfully submitted,

Jeremy A. Welfer (JW-3061)

*Granted. Denise Cote Feb. 19, 2008*

JAW:ad
cc: Law Offices of Emmanuel Roy, P.C.