UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Max Vincent,
Individually and on behalf of others
similarly situated,

Plaintiff,

-v-

Waterview Parking Inc. et al.

Defendant.

Case No. 08 Civ. 00863(DLC)(THK)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Waterview Parking, Inc. sued herein as ** (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

\*\* Waterview Parking Inc.

NONE

SEXTER & WARMFLASH, P.C.
Attorneys for Defendant
Waterview Parking Inc.

Date: March 10, 2008

_____
**Signature of Attorney**

**Attorney Bar Code:** JW-3061