UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X    08 cv-00863
MAX VINCENT, Individually and                               (DC)
on behalf of others similarly-situated,

                      Plaintiff

-against-


WATERVIEW PARKING INC.,
ALFONSO DUARTE (In his capacity
Manager and Individually)
GREGORY MARIA (In his capacity as
Director and Individually),

                      Defendants
-------------------------------------------------------X    **APPEARANCE**


**To the Clerk of this Court and all parties of record**:

    Enter my appearance as counsel in this case for: Plaintiff, MAX VINCENT, Individually

and on behalf of others similarly-situated.

    I certify that I am admitted to practice in this court.


Dated:      New York, New York
                March 10, 2008


                                                   /s/ K.C. Okoli
                                                   K.C. OKOLI, ESQ.
                                                   (KO 7222)
                                                   330 Seventh Avenue
                                                   15th Floor
                                                   New York, N.Y. 10001
                                                   (212) 564-8152
                                                   (212) 268-3443 (fax)