UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- -X

MAX VINCENT, Individually and on behalf of others similarly situated,

               Plaintiff,

-v-

WATERVIEW PARKING INC., ALFONSON DUARTE (In his capacity as Manger and individually), and GREGORY MARIA (In her capacity as Director and individually),

               Defendants.

------------------------------------------------------------------- -X

08 CIV. 863 (DLC) (THK)*

ORDER OF
REFERENCE TO A
MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-14-08

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

____  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____  Specific Non-Dispositive Motion/Dispute*

       _____

       _____

       If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_X_  Settlement*

____  Inquest After Default/Damages Hearing

____  Consent under 28 U.S.C. Section 636(c) for all purposes (including trial)

____  Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

      Purpose: _____

____  Habeas Corpus

____  Social Security

____  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

      Particular Motion: _____

      _____

\*   Do not check if already referred for general pretrial.

**SO ORDERED**:

DATED:   New York, New York
            April 14, 2008

                                             _____
                                             DENISE COTE
                                             United States District Judge