```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
MAX VINCENT, Individually and on behalf  :
of others similarly situated,            :     08 CIV. 863 (DLC)
                                         :
              Plaintiff,                 :     PRETRIAL
                                         :     SCHEDULING ORDER
     -v-                                 :
                                         :
WATERVIEW PARKING INC., ALFONSON DUARTE  :
(In his capacity as Manger and           :
individually), and GREGORY MARIA (In     :
her capacity as Director and             :
individually),                           :
                                         :
              Defendants.                :
-------------------------------------X
```

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 4-14-08]

DENISE COTE, District Judge:

   As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on April 11, 2008, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **April 18, 2008**.

2. The parties are instructed to contact the chambers of Magistrate Judge Katz prior to **April 25, 2008** in order to pursue settlement discussions under his supervision.

3. No additional parties may be joined or pleadings amended after **June 27, 2008**.

4. The following motion will be served by the dates indicated below.

   Defendants' motion to dismiss

   - Motion served by **June 27, 2008**
   - Opposition served by **July 18, 2008**
   - Reply served by **July 25, 2008**

   At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

5.  All fact discovery must be completed by **November 14, 2008**.

6.  The following motion will be served by the dates indicated below.

    Any motion for summary judgment

    -   Motion served by **December 5, 2008**
    -   Opposition served by **December 19, 2008**
    -   Reply served by **January 9, 2009**.

7.  In the event no motion for summary judgment is filed, the Joint Pretrial Order must be filed by **December 5, 2008**.

    As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated: New York, New York
       April 14, 2008

                                    _____
                                    DENISE COTE
                                    United States District Judge