```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
MAX VINCENT, individually and on behalf :
of others similarly situated,           :
                        Plaintiff,      :
                                        :
            -v-                         :   08 Civ. 863 (DLC)
                                        :
WATERVIEW PARKING INC., ALFONSON DUARTE :   ORDER OF
(in his capacity as manager and         :   DISCONTINUANCE
individually), and GREGORY MARIA (in    :
her capacity as director and            :
individually),                          :
                        Defendants.     :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the parties shall make submissions to the Court in support of their settlement agreement no later than July 18, 2008. See Elliot v. Allstate Investigations, Inc., No. 07 Civ. 6078 (DLC), 2008 WL 728648 (S.D.N.Y. Mar. 19, 2008).

SO ORDERED:

Dated:   New York, New York
         June 19, 2008

                              _____
                                        DENISE COTE
                              United States District Judge