```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
MAX VINCENT, individually and on behalf :
of others similarly situated,           :
                          Plaintiff,    :
                                        :
          -v-                           :    08 Civ. 863 (DLC)
                                        :
WATERVIEW PARKING INC., ALFONSON DUARTE :       ORDER
(in his capacity as manager and         :
individually), and GREGORY MARIA (in    :
her capacity as director and            :
individually),                          :
                          Defendants.   :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08

DENISE COTE, District Judge:

It is hereby ORDERED that the Clerk of Court shall reopen this case pending further instruction from the Court.

SO ORDERED:

Dated:   New York, New York
         June 20, 2008

_____
            DENISE COTE
     United States District Judge