UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

MAX VINCENT, Individually and on behalf of others similarly situated

                         Plaintiffs,

v.

WATERVIEW PARKING INC.,
ALFONSON DUARTE (in His Capacity as Manager and individually); GREGORY MARIA (In Her Capacity as Director and Individually)

                         Defendants.

-----------------------------------------------------------x

Case No:   08 CV-00863(DLC)(THK)

## RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff Max Vincent and Defendants Waterview Parking Inc., and Gregory Maria in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that this action is dismissed with prejudice as against defendant Waterview Parking Inc., and Gregory Maria only. Each party hereto to bear its own costs and attorney's fees.

Respectfully submitted this __18th__ Day of _____July_____, 2008,

s/ *Emmanuel Roy*
Emmanuel Roy (ER-1756
26 Court Street, Suite 1503
Brooklyn, NY 11242
(718) 797-2553
Email: nylaw1@gmail.com

*Attorney for Plaintiffs*

DATED:   7-18-2008

s/ *Jeremy A. Welfer*
Jeremy A. Welfer, Esquire (JW-3061)
Sexter & Warmflash, P.C.
115 Broadway, 15th Floor
New York, New York 10006
(212)577-2800

*Counsel for Waterview Parking Inc., Gregory Maria*