```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
MAX VINCENT, individually and on behalf  :
of others similarly situated,            :
                          Plaintiff,     :
                                         :
              -v-                        :    08 Civ. 863 (DLC)
                                         :
WATERVIEW PARKING INC., ALFONSON DUARTE  :        ORDER
(in his capacity as manager and          :
individually), and GREGORY MARIA (in     :
her capacity as director and             :
individually),                           :
                          Defendants.    :
                                         :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08

DENISE COTE, District Judge:

    By Order dated June 19, 2008, the parties to this action were required to make submissions in support of their settlement by July 18. Pursuant to the telephonic conference held this morning, it is hereby

    ORDERED that the parties' submissions shall now be due August 15, 2008.

    SO ORDERED:

Dated:    New York, New York
           July 22, 2008

                                        _____
                                             DENISE COTE
                                United States District Judge